MORRIS FRIEDMAN et al., Appellants, *v.* PHILIP RICHMAN
et al., Respondents.

*Equity — rescission — contract — sale — false representations — action
to rescind contract of sale, and for cancellation of lease and promissory
note on ground of false representations.*

*Friedman* v. *Richman,* 213 App. Div. 467, affirmed.
(Argued October 30, 1925; decided December 1, 1925.)

APPEAL from a judgment, entered July 10, 1925, upon
an order of the Appellate Division of the Supreme Court
in the third judicial department, reversing a judgment in
favor of plaintiffs entered upon a decision of the court at
a Trial Term and directing judgment in favor of defend-
ants. The action was for rescission of a contract of
sale and the cancellation and discharge of a lease of real
property and of a promissory note upon the ground that
they were induced by false representations.

*Coplin Yaras* for appellants.

*R. Monell Herzberg* and *John C. Tracy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

———————

EDWIN W. SCOTT, Appellant, *v.* UNITED TRACTION
COMPANY, Respondent.

*Negligence — railroads — action by driver of automobile to recover for
personal injuries received as result of being struck by trolley car while
crossing track — contributory negligence a question for jury.*

*Scott* v. *United Traction Co.,* 211 App. Div. 826, reversed.
(Argued October 30, 1925; decided December 1, 1925.)

APPEAL from a judgment, entered June 4, 1925, upon
an order of the Appellate Division of the Supreme Court
in the third judicial department, reversing a judgment
in favor of plaintiff entered upon a verdict and directing
a dismissal of the complaint in an action to recover for
personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant. Plaintiff
was driving his automobile across defendant's tracks in